Michael W. Milward - SBN   99962
Law Offices of Michael W. Milward
755 Baywood Drive, Suite 185
Petaluma, CA 94954
Telephone: (707) 769-2990
Facsimile: (707) 769-2999

Attorney for Individual Plaintiffs
Michael and Anita Chouinard

Michael L. Kelly - SBN 82063
Robert A. Muhlbach - SBN 72036
Kirtland & Packard LLP
2361 Rosecrans Avenue
Fourth Floor
El Segundo, California 90245-4923
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

Harry V. Lehmann - SBN 77151
Lehmann Law Office
1450 Grant Ave.
P.O. Box 1846
Novato, California 94948-1846
Telephone: (415) 897-2121
Facsimile: (415) 898-6959

Attorneys for Plaintiffs Michael Chouinard
and all others similarly situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Chouinard and Anita Chouinard, <br><br> Plaintiffs, <br><br> v. <br><br> J. T. Eaton & Co., Inc., an Ohio corporation, <br><br> Defendant. | Case No.  1: 03 CV 5284 AWI DLB <br><br> **ORDER SETTING FURTHER SCHEDULING CONFERENCE** |

Pursuant to a Stipulation between the parties to this action, it has been agreed that the Scheduling Conference Order No. 2 on file with the Court is hereby amended as follows:

The June 14, 2005, deadline for the filing of dispositive and non-dispositive motions is vacated. A further Scheduling Conference shall be held on August 29, 2005, at 8:45 a.m. before

1  the Honorable Dennis L. Beck, U.S. Magistrate Judge in Courtroom No. 5 to set a new case

2  management schedule.  The parties shall file a proposed new Scheduling Conference Order with

3  the Court on or before August 25, 2005.

4  *APPROVED AS TO FORM*
   DATED: June 15, 2005                    LAW OFFICES OF MICHAEL W. MILWARD

5

6

7                                          By:    /s/ Michael W. Milward
                                                  (as authorized on June 15, 2005
8                                                 MICHAEL W. MILWARD
                                                  Attorney for Plaintiffs Michael and Anita Chouinard
9

10 *APPROVED AS TO FORM*
   DATED: June 15, 2005                    KIRTLAND & PACKARD LLP
11

12

13                                         By:    /s/ Robert M. Churella
                                                  ROBERT M. CHURELLA
14                                                Attorneys for Plaintiff Michael Chouinard and all
                                                  others similarly situated
15

16 *APPROVED AS TO FORM*
   DATED: June 15, 2005                    LEHMANN LAW OFFICE

17

18                                         By:    /s/ Harry V. Lehmann
                                                  (As authorized on June 15, 2005)
19                                                HARRY V. LEHMANN
                                                  Attorneys for Plaintiff Michael Chouinard and all
20                                                others similarly situated

21 *APPROVED AS TO FORM*
22 DATED: June 14, 2005                    CHARTER DAVIS LLP

23

24                                         By:    /s/ Whitney A. Davis
                                                  WHITNEY A. DAVIS
25                                                Counsel for Defendant/Cross-Complainant/Third-
                                                  Party Plaintiff
26                                                J.T. EATON, INC.

27

28

01960-00001  0097341.01                    -2-

(PROPOSED) AMENDED SCHEDULING CONFERENCE ORDER

1  *APPROVED AS TO FORM*
   DATED: June 14, 2005                McCORMICK, BARSTOW, SHEPPARD, WAYTE
2                                      & CARRUTH LLP
3
4
                                By:    /s/ Daniel L. Wainwright
5                                      DANIEL L. WAINWRIGHT
                                       Attorneys for Third-Party Defendant/Cross-Defendant
6                                      HACCO, INC.

7         IT IS SO ORDERED.

8  **Dated:   June 17, 2005**                    **/s/ Dennis L. Beck**
   3b142a                                  UNITED STATES MAGISTRATE JUDGE
9

01960-00001  0097341.01                  -3-
(PROPOSED) AMENDED SCHEDULING CONFERENCE ORDER