IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHOUINARD, et al., ) | CV F 02-5875  AWI SMS |
| ) | |
| PlaintiffS, ) | ORDER VACATING TRIAL |
| ) | DATE OF OCTOBER 17, 2005. |
| v. ) | |
| ) | |
| J. T. EATON, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

In this individual and class action for damages and injunctive relief, plaintiffs Michael Chouinard, et al. ("Plaintiffs") have moved for leave to amend the complaint to reinstate claims previously dismissed by the court. The motion for leave to amend is based on recent Ninth Circuit authority that Plaintiffs contend overrules the authority relied upon by the court in dismissing those claims previously dismissed by this court. In view of the time that will be required to address Plaintiffs' motion for leave to amend, and given the possibility that additional time may be required for discovery and/or dispositive motions, the court concludes the trial date currently set for October 17, 2005 must be vacated.

THEREFORE, it is hereby ordered that the trial date currently set for October 17, 2005 is hereby VACATED. A further scheduling conference will be set when the court issues its order on Plaintiffs' motion for leave to amend.

IT IS SO ORDERED.

**Dated:    September 27, 2005**              /s/ Anthony W. Ishii
h2ehf                                   UNITED STATES DISTRICT JUDGE