| | |
|---|---|
| 1 | LAW OFFICES OF MICHAEL W. MILWARD |
|   | Michael W. Milward- SBN  99962 |
| 2 | 775 Baywood Drive, Suite 185 |
|   | Petaluma, CA 94954 |
| 3 | Telephone: (707) 769-2290 |
|   | Facsimile:  (707) 769-2999 |
| 4 | |
|   | Attorneys for Individual Plaintiffs |
| 5 | Michael Chouinard and Anita Chouinard |
| 6 | KIRTLAND & PACKARD LLP |
|   | Michael L. Kelly - SBN 82063 |
| 7 | 2361 Rosecrans Avenue |
|   | Fourth Floor |
| 8 | El Segundo, California 90245-4923 |
|   | Telephone: (310) 536-1000 |
| 9 | Facsimile: (310) 536-1001 |
| 10 | LEHMANN LAW OFFICE |
|    | Harry V. Lehmann - SBN 77151 |
| 11 | 1450 Grant Ave., Suite 205 |
|    | P.O. Box 1846 |
| 12 | Novato, California 94948-1846 |
|    | Telephone: (415) 897-2121 |
| 13 | Facsimile: (415) 898-6959 |
| 14 | Attorneys for Plaintiffs |
|    | Michael Chouinard and all others |
| 15 | similarly situated |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHOUINARD and ANITA CHOUINARD, | No. 1: 03 CV 5284 AWI  DLB |
| Plaintiffs, | **ORDER FOR PLAINTIFFS' SECOND AMENDED COMPLAINT TO BE FILED** *NUNC PRO TUNC* **AS OF NOVEMBER 2, 2005** |
| vs. | |
| JT EATON & CO., Inc, an Ohio Corporation, | |
| Defendant and Third Party Plaintiff, | |
| vs. | |
| HACCO, Inc., | |
| Third Party Defendant. | |

ORDER FOR PLAINTIFFS' SECOND AMENDED COMPLAINT TO BE FILED NUNC PRO TUNC AS OF NOV. 2, 2005

1   On November 2, 2005, Judge Ishii issued an "Order Granting in Part and Denying in Part
2   Plaintiffs' Motion to Amend or Correct the First Amended Complaint" pursuant to F.R.C.P. 15.
3   Attached to Plaintiffs' Motion was a proposed Second Amended Complaint. The Order granted
4   Plaintiffs' motion, with the exception that it was ordered the Complaint must not be amended to
5   state any claims alleging ineffectiveness of product.

6   Defendant Eaton filed an Answer to the Proposed Second Amended Complaint which was
7   attached to the Motion to Amend before Plaintiffs' had separately filed a Second Amended
8   Complaint. Plaintiffs' now seek to file the Second Amended Complaint.

9   To correct the sequence of filing of these pleadings, IT IS ORDERED that the Second
10  Amended Complaint submitted by Plaintiffs concurrent with this Order, be filed *nunc pro tunc*,
11  and with a filing date of November 2, 2005.

13  IT IS SO ORDERED.

14  Dated:   **October 30, 2006**          /s/ **Dennis L. Beck**
    3b142a                                  UNITED STATES MAGISTRATE JUDGE

28  ORDER FOR PLAINTIFFS' SECOND AMENDED COMPLAINT TO BE FILED NUNC PRO TUNC AS OF NOV. 2, 2005