UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| Michael Chouinard and Anita Chouinard, | ) | Case No.  CIV F-03-5284 AWI DLB |
| Plaintiffs, | ) | **ORDER DISMISSING ACTION** |
| v. | ) | |
| J. T. Eaton & Co., Inc., an Ohio corporation, | ) | |
| Defendant. | ) | |

Pursuant to the settlement agreement entered on the record in open court on February 28, 2008, and the stipulation of the parties,

IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED ON THE FOLLOWING TERMS:

1. Plaintiffs' individual claims, and Plaintiffs' claims as putative class members, are dismissed WITH PREJUDICE;

2. The claims of the putative class members other than Plaintiffs are voluntarily dismissed WITHOUT PREJUDICE;

3. The Third-Party Complaint of J T Eaton and Co., and the Cross-Claim of Hacco,

1  Inc., are dismissed WITH PREJUDICE as they relate to any claims made by
2  Plaintiffs Michael Chouinard and Anita Chouinard individually and as putative
3  class members, and WITHOUT PREJUDICE as to any claims by other putative
4  class members;

5  4.  All sides are to bear their own costs;

6  5.  No notice to the putative class is required.

IT IS SO ORDERED.

**Dated:   September 4, 2008**            /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE